# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1931
LT Case No. 2018-CF-000766

_____

GREGORY OWENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Gregory Owens, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————